**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 22 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES DARREN CRAWFORD, | No. 18-16705 |
| Plaintiff-Appellant, | D.C. No. 3:14-cv-05578-MEJ |
| v. | |
| JEFFREY A. BEARD; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Maria-Elena James, Magistrate Judge, Presiding

Submitted July 14, 2020**

Before:     CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

California state prisoner James Darren Crawford appeals pro se from the

magistrate judge's summary judgment and dismissal order in his 42 U.S.C. § 1983

action alleging constitutional claims in connection with his incoming and outgoing

mail.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo whether

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the magistrate judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Crawford consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then dismissed claims against defendants Bell, Gongora, Hall, Love, and Williams before these defendants had been served. *See* 28 U.S.C. § 1915A. Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's May 17, 2016 order and remand for further proceedings.

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**

18-16705